## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|                                      |   |                        |
|--------------------------------------|---|------------------------|
|                                      | * |                        |
| **THE BALTIMORE LIFE INS. CO.,**     | * |                        |
| **Plaintiff**                        | * |                        |
| **v.**                               | * | **CIVIL NO. MJG-18-0968** |
| **TERRY D. QUATTLEBAUM** *et al.*,   | * |                        |
| **Defendants**                       | * |                        |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Previously, the Court determined that Terry D. Quattlebaum was the sole beneficiary of the life insurance policy for his mother, Lucinda I. Quattlebaum. (Mem. & Order Aug. 15, 2018, ECF No. 13.) The Court requested more information from Plaintiff, The Baltimore Life Insurance Company, to support its request for $1,000 in attorneys' fees and costs (*id.*), and Plaintiff responded that it had incurred $2,101.50 in attorneys' fees and $993.50 in costs (ECF No. 14). Quattlebaum filed his objection to Plaintiff's request. (ECF No. 15.) The Court concludes it is reasonable to grant Plaintiff's request for $1,000 to cover both fees and costs. A separate order will enter on the outstanding motions.

DATED this 24 day of August, 2018.

BY THE COURT:

_____
James K. Bredar
Chief Judge